UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MOHAMMAD MORADI,

     Plaintiff,

v.

MARK A. MORGAN, Acting Commissioner,
U.S. Customs and Border Protection; CHAD
WOLF, Acting Homeland Security Secretary;
MICHAEL S. DENNING, Director, Field
Operations, Boston Field Office, U.S. Customs
and Border Protection; and LINDA K.
BROWN, Port Director, Boston Area, U.S.
Customs and Border Protection,

     Defendants.

Civil Action No. 20-10204-DJC

### SUPPLEMENTAL DECLARATION OF PATRICK HOWARD

The following statement expands on my August 28, 2020 declaration relating to

Freedom of Information Act (FOIA) litigation, *Moradi v. CBP*, 20-10204-DJC.

In Paragraph 24 of my declaration, I state that CBP FOIA searched and retrieved

responsive records from appropriate CBP databases in response to Plaintiff's request.  To

clarify, CBP searched both the Analytical Framework for Intelligence (AFI) and E3 NextGen

systems of record for potentially responsive records.  These searches yielded responsive

documents that were produced to Plaintiff.  The AFI system consolidates and enhances

information from CBP transaction based systems, such as TECS and Automated Commercial

Environment, to aid in the enforcement of customs, immigration, and other laws enforced at

the border.  E3 NextGen collects and transmits biographic, encounter, and biometric data for

1

the identification and verification of individuals encountered at the border and checkpoints for CBP's law enforcement and immigration mission.  More information relating to AFI and E3 NextGen can be found on the Department of Homeland Security website at https://www.dhs.gov/publications.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Executed on this day of January 7, 2021

*Patrick Howard*

Patrick A. Howard

2